**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*if known*): _____ Chapter _____

☐ Check if this is an amended filing

*[Stamp: CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK  2023 FEB 16 A 9:40  RECEIVED]*

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | JJJCC & K Management Corp |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 20-3787363 |

4. Debtor's address

**Principal place of business**
664 East 77th St
Number  Street

Brooklyn   N.Y   11236
City       State  ZIP Code

Kings
County

**Mailing address, if different from principal place of business**
Same
Number  Street

P.O. Box

_____
City   State   ZIP Code

**Location of principal assets, if different from principal place of business**
304 Stuyvesant Ave
Number  Street

Brooklyn   N.Y   11233
Brooklyn   N.Y   11233
City       State  ZIP Code

5. Debtor's website (URL)  _____

Debtor _____    Case number (if known)_____
      Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | | Case number (if known) | |
|---|---|---|---|
| Name | | | |

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ❏ No
   ☑ Yes. District _Kings_ When ___/___/_____ Case number _____
   MM / DD / YYYY

   If more than 2 cases, attach a separate list.
   District _Kings_ When ___/___/_____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ❏ Yes. Debtor _____ Relationship _____
    District _____ When ___/___/_____
    MM / DD / YYYY
    Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ❏ No
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ❏ It needs to be physically secured or protected from the weather.

    ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☑ Other _Referee vacate property / no refere report_
    _NO bills paid_

    **Where is the property?** _304 Stuyvesant Ave_
    Number   Street

    _Brooklyn N_   _NY_ _11233_
    City   State ZIP Code

    **Is the property insured?**
    ❏ No
    ❏ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor _____    Case number (if known)_____
           Name

13. **Debtor's estimation of available funds**

    Check one:
    ❏ Funds will be available for distribution to unsecured creditors.
    ❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49
    ❏ 50-99
    ❏ 100-199
    ❏ 200-999
    ❏ 1,000-5,000
    ❏ 5,001-10,000
    ❏ 10,001-25,000
    ❏ 25,001-50,000
    ❏ 50,001-100,000
    ❏ More than 100,000

15. **Estimated assets**

    ❏ $0-$50,000
    ❏ $50,001-$100,000
    ❏ $100,001-$500,000
    ❏ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ❏ $10,000,001-$50 million
    ❏ $50,000,001-$100 million
    ❏ $100,000,001-$500 million
    ❏ $500,000,001-$1 billion
    ❏ $1,000,000,001-$10 billion
    ❏ $10,000,000,001-$50 billion
    ❏ More than $50 billion

16. **Estimated liabilities**

    ❏ $0-$50,000
    ❏ $50,001-$100,000
    ❏ $100,001-$500,000
    ❏ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ❏ $10,000,001-$50 million
    ❏ $50,000,001-$100 million
    ❏ $100,000,001-$500 million
    ❏ $500,000,001-$1 billion
    ❏ $1,000,000,001-$10 billion
    ❏ $10,000,000,001-$50 billion
    ❏ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  2  /  16  /  2023
                 MM  /  DD  /  YYYY

    X _Carline Williams_                              _Carline Williams_
    Signature of authorized representative of debtor    Printed name

    Title _Owner/President_

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Case 1-23-40520-nhl   Doc 1   Filed 02/16/23   Entered 02/16/23 09:50:01

Debtor _____  Case number (*if known*) _____
        Name

**18. Signature of attorney**  ✗ _____  Date _____
                                   Signature of attorney for debtor        MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____   _____  _____
City                      State    ZIP Code

_____   _____
Contact phone             Email address

_____   _____
Bar number                State

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): _JJJ CC & K Management Corp_ CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

_____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

1

**[OVER]**

DISCLOSURE OF RELATED CASES (cont'd)

3.  CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

    CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

    CURRENT STATUS OF RELATED CASE: _____
    (Discharged/awaiting discharge, confirmed, dismissed, etc.

    MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.

_____                    _____
**Signature of Debtor's Attorney**                              **Signature of Pro-se Debtor/Petitioner**

                                                         _____
                                                         **Mailing Address of Debtor/Petitioner**

                                                         _____
                                                         **City, State, Zip Code**

                                                         _____
                                                         **Email Address**

                                                         _____
                                                         **Area Code and Telephone Number**

Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In Re:                                                                                    Case No.

                                                                                               Chapter



                                    Debtor(s)
---------------------------------------------------------x


# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS


       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated:

_____
Debtor


_____
Joint Debtor


_____
Attorney for Debtor


USBC-44                                                                                                                Rev. 11/15

Brookly union – National Grid
P.O Box 371416
Pittsburgh, PA 15250-7416

Con Edison
P.O Box 138
New York, NY
10276-0138

304 Stuyvesant Funding
#1140 Broadway
Suite 304
N.Y, N.Y 1001

NYC Water Board

PO Box 11863

Newark, N.J

07101-8163

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                     Case No.
                                                                           Chapter

                               Debtor(s)
-----------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: _Carline Williams_

Address: _664 East 77th Street_

Email Address: _Kaile.Williams592@yahoo.com_

Phone Number: _(917) 716-4848_

Name of Debtor(s): _JJJCC & K Management corp_

CHECK THE APPROPRIATE RESPONSES:

**ASSISTANCE PROVIDED TO DEBTOR(S):**

____ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

✓ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

**FEE RECEIVED:**

✓ I WAS NOT PAID.

____ I WAS PAID.
            Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: _2/16/2023_                                    _C. Williams_
                                                      Filer's Signature