UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

JJJCC & K MANAGEMENT CORP.,                    CHAPTER 11 (Subchapter V)

                Debtor.             Case No. 23-40520 (NHL)
-----------------------------------------------------------------x

## ORDER DISCHARGING TRUSTEE

**WHEREAS,** by Order dated April 3, 2023 [Dkt. No. 29], the Court dismissed the above captioned case Sub Chapter V case, with prejudice pursuant to U.S.C. § 1112(b); and

**WHEREAS,** on June 7, 2023, Salvatore LaMonica ("Subchapter V Trustee") filed his report of no distribution and request to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby

**ORDERED,** that Salvatore LaMonica as Subchapter V Trustee of the above captioned estate be and hereby is discharged.



Dated: June 11, 2023
      Brooklyn, New York

                                                                                         _____
                                                                                          **Nancy Hershey Lord**
                                                                                     **United States Bankruptcy Judge**