Case 1-23-40520-nhl    Doc 32-1    Filed 06/11/23    Entered 06/12/23 11:00:18

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/12/2023 |
| Case: 1−23−40520−nhl | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov

                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    JJJ CC & K Management Corp.    664 East 77th St    Brooklyn, NY 11236

                       TOTAL: 1